AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

KAREN BYERLY, Plaintiff,

V.

GENERAL MILLS, INC., Defendant.

CASE NUMBER: 08CV2982

JUDGE GETTLEMAN

ASSIGNED JUDGE: MAGISTRATE JUDGE DENLOW

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

GENERAL MILLS, INC.
c/o National Registered Agents Inc., Registered Agent
590 Park Str #6, Capitol Prof Bldg
St Paul, MN 55103

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LISA KANE & ASSOCIATES, P.C.
120 South LaSalle Street, Suite 1420
Chicago, Illinois 60603
(312) 606-0383

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

J. Cervantes

(By) DEPUTY CLERK

May 22, 2008

Date



AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                     *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Karen Byerly,
    Plaintiff,   )
                    )
Vs.              )
                    )  Case No. 08 CV 2982
General Mills, Inc.,  )
    Defendant,  )

**AFFIDAVIT**

I, _Christopher Rand_, hereby sworn on oath state that I am over the age of 18 years and not a party in the above captioned matter and that on _June 2nd_ 2008 at _9:48_ _A_ M. I served this Summons and Complaint upon **General Mills, Inc., c/o National Registered Agents Inc., Registered Agent** at 590 Park Street, #6, Capitol Prof. Bldg., St Paul, MN 55103 by serving:

Name: _Sarah Edgett_

Title: _Registered Agent_

Description: Sex: _F_, Race: _CauC_ Age: _53_

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct

Further the Affiant Sayeth Naught.

_C. ye R_
Process Server