# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Karen Byerly,**

        Plaintiff,

  v.

**General Mills, Inc.,**

        Defendant.

No. 08-CV-02982

Judge: Robert W. Gettleman

## AGREED MOTION FOR AN EXTENSION OF TIME
## TO ANSWER OR OTHERWISE PLEAD

Defendant, General Mills, Inc., ("Defendant") by and through its attorneys, brings this motion under Rule 6(b) of the Federal Rules of Civil Procedure and requests a twenty-one day extension of time to answer or otherwise plead to Plaintiff's Complaint.

1.    On May 22, 2008, Plaintiff filed a Complaint. The Complaint and Summons were served on Defendant on June 2, 2008, as such Defendant's response to the Complaint is due June 23, 2008.

2.    Adam C. Wit and Stephanie Seay Kelly, lead counsel for Defendant, filed their Appearances in this matter on June 20, 2008, contemporaneously with this Motion.

3.    The parties are in the process of scheduling a mediation to take place over the next few weeks, which could possibly resolve this case. Accordingly, Defendant requests an additional twenty-one (21) days or by July 14, 2008 to answer or otherwise plead to Plaintiff's Complaint.

4.    Defendant has conferred with Plaintiff's counsel and Plaintiff is amenable to a twenty-one day extension.

-2-

5. This motion is brought in good faith, will not cause undue prejudice to Plaintiff, and is not brought to delay these proceedings for any improper purpose.

WHEREFORE, Defendant, General Mills, Inc., respectfully requests that the Court extend its time to respond to Plaintiff's Complaint for twenty-one days, to and including July 14, 2008.

                Respectfully submitted,

                General Mills, Inc.

                By: /s/Stephanie Seay Kelly
                   One of Its Attorneys

Adam C. Wit (#06230538)
Stephanie Seay Kelly (#06275880)
LITTLER MENDELSON
A Professional Corporation
200 N. LaSalle Street
Suite 2900
Chicago, IL  60601
312.372.5520

Dated: June 20, 2008

-3-

## CERTIFICATE OF SERVICE

I, Stephanie Seay Kelly, an attorney, hereby certify that on June 20, 2008, a copy of *Defendant's Agreed Motion For An Extension Of Time To Answer Or Otherwise Plead* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic system.

Lisa Kane lisakane@sbcglobal.net
LISA KANE & ASSOCIATES

/s/Stephanie Seay Kelly

Firmwide:85617258.1 040218.2093

-3-