IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Karen Byerly,**<br><br>    Plaintiff,<br><br>v.<br><br>**General Mills, Inc.,**<br><br>    Defendant. | No.  08-CV-02982<br><br>Judge:  Robert W. Gettleman |

## NOTICE OF MOTION

TO:   Lisa R. Kane
      Lisa R. Kane & Associates
      120 S. LaSalle Street, Suite 1420
      Chicago, IL 60603

PLEASE TAKE NOTICE that on Wednesday, June 25, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Robert W. Gettleman, 219 S. Dearborn Street, Room 1703, Chicago, Illinois, and then and there present *Defendant's Agreed Motion For An Extension Of Time To Answer Or Otherwise Plead*, a copy of which is attached hereto and hereby served upon you.

                                        Respectfully submitted,

                                        General Mills, Inc.

                                        By: /s/Stephanie Seay Kelly
                                            One of Its Attorneys

Adam C. Wit (#06230538)
Stephanie Seay Kelly (#06275880)
LITTLER MENDELSON, P.C.
200 N. LaSalle Street, Suite 2900
Chicago, IL  60601
312.372.5520

Dated: June 20, 2008

-2-

## CERTIFICATE OF SERVICE

I, Stephanie Seay Kelly, an attorney, hereby certify that on June 20, 2008, a copy of ***Defendant's Notice of Motion*** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic system.

Lisa Kane lisakane@sbcglobal.net
LISA KANE & ASSOCIATES

      /s/Stephanie Seay Kelly

Firmwide:85625957.1 040218.2093