# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Karen Byerly

                Plaintiff,

v.                                           Case No.: 1:08–cv–02982
                                             Honorable Robert W. Gettleman

General Mills Inc

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 18, 2008:

      MINUTE entry before the Honorable Robert W. Gettleman: Defendant's agreed motion for extension of time to 7/30/2008 to answer [16] or otherwise plead is granted. Telephone notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.