IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KAREN BYERLY,<br><br>      Plaintiff,<br><br>v.<br><br>GENERAL MILLS, INC.,<br><br>      Defendant. | No.  08 CV 2982<br><br>Judge Gettleman<br>Magistrate Judge Denlow |

## DEFENDANT'S MOTION TO DISMISS

Defendant General Mills, Inc. ("Defendant" or "General Mills"), by and through its attorneys and pursuant to 12(b)(6) of the Federal Rules of Civil Procedure, hereby files its Motion to Dismiss Plaintiff Karen Byerly's claim that she was denied a promotion in 2005. Facts, arguments and authority in support of Defendant's motion are set forth in the Memorandum in Support of its Motion to Dismiss. The Memorandum, which is being filed simultaneously with this Motion, is incorporated herein by reference.

         Respectfully submitted,

         GENERAL MILLS, INC.

         By: /s/Stephanie Seay Kelly
              One of Its Attorneys

Adam C. Wit (#06230538)
Stephanie Seay Kelly (#06275880)
LITTLER MENDELSON
A Professional Corporation
200 N. LaSalle Street, Suite 2900
Chicago, IL  60601
312.372.5520

Dated: July 30, 2008

-2-

## CERTIFICATE OF SERVICE

I, Stephanie Seay Kelly, an attorney, hereby certify that on July 30, 2008, a copy of ***Defendant's Motion To Dismiss and Memorandum In Support of Motion To Dismiss*** were filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic system.

/s/Stephanie Seay Kelly