# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **KAREN BYERLY,**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**GENERAL MILLS, INC.,**<br><br>　　　　**Defendant.** | No.  08 CV 2982<br><br>**Judge Gettleman**<br>**Magistrate Judge Denlow** |

## NOTICE OF MOTION

TO:　Lisa R. Kane
　　　Lisa R. Kane & Associates
　　　120 S. LaSalle Street, Suite 1420
　　　Chicago, IL 60603

　　PLEASE TAKE NOTICE that on Tuesday, August 5, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Robert W. Gettleman, 219 S. Dearborn Street, Room 1703, Chicago, Illinois, and then and there present ***Defendant's Motion To Dismiss and Memorandum In Support Thereof,*** a copy of which is attached hereto and hereby served upon you.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　GENERAL MILLS, INC.

　　　　　　　　　　　　　　　　　　　　　By: /s/Stephanie Seay Kelly
　　　　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

Adam C. Wit (#06230538)
Stephanie Seay Kelly (#06275880)
LITTLER MENDELSON, P.C.
200 N. LaSalle Street, Suite 2900
Chicago, IL  60601
312.372.5520

Dated: July 30, 2008

Firmwide:86059905.1 040218.2093

-2-

## **CERTIFICATE OF SERVICE**

I, Stephanie Seay Kelly, an attorney, hereby certify that on July 30, 2008, a copy of ***Defendant's Notice of Motion*** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic system.

Lisa Kane lisakane@sbcglobal.net
LISA KANE & ASSOCIATES

                                                                        /s/Stephanie Seay Kelly