IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **KAREN BYERLY,**<br><br>        **Plaintiff,**<br><br>v.<br><br>**GENERAL MILLS, INC.,**<br><br>        **Defendant.** | Case No. 08 CV 2982<br><br>Judge Gettleman<br>Magistrate Judge Denlow |

### NOTICE OF MOTION

TO:    Adam C. Wit, Esquire; Stephanie Seay Kelly, Esquire
           Littler Mendelson
           200 N. LaSalle Street, Suite 2900
           Chicago, IL 60601

PLEASE TAKE NOTICE that on **Thursday, August 7, 2008, at 9:15 A.M.**, or as soon thereafter as counsel may be heard, the undersigned shall appear before Honorable Judge Gettleman, or any judge sitting in his stead, in the court room usually occupied by him at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois and present the attached Plaintiff's Motion for Leave to File *Instanter* First Amended Complaint, a copy of said Motion being attached hereto and herewith served upon you, at which time and place you may appear should you see fit.

                                                            By    s/Lisa Kane
                                                                   Lisa Kane, Attorney for Plaintiff

### PROOF OF SERVICE

I, Lisa Kane, certify that I caused to be served this Notice of Motion and the above-mentioned accompanying Motion pursuant to ECF by 5:00 P.M. on Monday, August 4, 2008.

                                                                         s/Lisa Kane
                                                                        Lisa Kane, Attorney for Plaintiff

LISA KANE & ASSOCIATES, P.C.
Attorneys for Plaintiff
120 South LaSalle Street, Suite 1420
Chicago, Illinois 60603
(312) 606-0383
Attorney Code No. 06203093