IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **KAREN BYERLY,** | |
| **Plaintiff,** | **Case No. 08 CV 2982** |
| v. | **Judge Gettleman** |
| **GENERAL MILLS, INC.,** | **Magistrate Judge Denlow** |
| **Defendant.** | |

### NOTICE OF FILING

TO: Adam C. Wit, Esquire; Stephanie Seay Kelly, Esquire
Littler Mendelson
200 N. LaSalle Street, Suite 2900
Chicago, IL 60601

PLEASE TAKE NOTICE that on *Monday* **August 4, 2008,** Plaintiff filed electronically with the Clerk of the United States District Court for the Northern District, Eastern Division at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, the following: Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss.

By s/Lisa Kane
Lisa Kane, Attorney for Plaintiff

### PROOF OF SERVICE

I, Lisa Kane, certify that I caused to be served this Notice of Filing and the above-mentioned accompanying documents upon those persons to whom said Notice is directed pursuant to ECF by 5:15 P.M. on Monday, August 4, 2008.

s/Lisa Kane
Lisa Kane, Attorney for Plaintiff

LISA KANE & ASSOCIATES, P.C.
Attorneys for Plaintiff
120 South LaSalle Street, Suite 1420
Chicago, Illinois 60603
(312) 606-0383
Attorney Code No. 06203093