## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Karen Byerly

                Plaintiff,

v.                                             Case No.: 1:08–cv–02982
                                                 Honorable Robert W. Gettleman

General Mills Inc

                Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Morton Denlow for the purpose of holding proceedings related to: discovery supervision and settlement. (gds,) Mailed notice.

Dated: August 6, 2008

                                                                        /s/ Robert W. Gettleman

                                                                       United States District Judge