# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                 Case Number: 08-cv-2982

Karen Byerly, Plaintiff
v.
General Mills, Inc., Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

General Mills, Inc.

| | |
|---|---|
| NAME (Type or print) <br> Raven A. Winters | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Raven A. Winters | |
| FIRM <br> Littler Mendelson, P.C. | E-mail: rwinters@littler.com |
| STREET ADDRESS <br> 200 N. LaSalle Street, Suite 2900 | |
| CITY/STATE/ZIP <br> Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6291077 | TELEPHONE NUMBER <br> 312.372.5520/Fax-312.372.7880 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES ☐  NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐  NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES ☐  NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☐  NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

      I hereby certify that on August 6, 2008, I electronically filed Defendant's Appearance and Certificate of Service with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Lisa Kane
Lisa Kane & Associates, P.C.
120 South LaSalle Street
Suite 1420
Chicago, Illinois 60603

                                                s/ Raven A. Winters
                                                Raven A. Winters