## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2982 | **DATE** | 8/5/2008 |
| **CASE TITLE** | Karen Byerly     vs     General Mills | | |

**DOCKET ENTRY TEXT:**

Status hearing held. Defendant's motion to dismiss [22] is withdrawn. Plaintiff's motion [27] for leave to file amended complaint is granted. Defendant's response is due by 9/5/2008. Discovery ordered closed 12/16/2008. Status hearing continued to 12/16/2008, at 9:00 a.m. Trial is set for 2/2/2009, at 9:30 a.m.

[Docketing to mail notice]

00:11

| | Courtroom Deputy | GDS |
|---|---|---|